IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SABRINA WESTMORELAND

VS.                                                    CIVIL ACTION NO. 3:09CV27-MPM-DAS

JEFFREY L. HALFACRE

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated February 22, 2011, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated February 22, 2011, are hereby approved and adopted as the opinion of the Court.

2. That the plaintiff's Motion to Compel Defendant's Insurance Company to Satisfy the Settlement Agreement (# 36) is hereby granted.

3. That Safeco Insurance Company, on behalf of Jeffrey Halfacre, shall pay Sabrina Westmoreland $100,000.00. The check shall be made payable to Sabrina Westmoreland alone.

THIS, the 25th day of March, 2011.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**